Decided May 17, 2005

MARIA DECONTI *v.* ROBERT MCGLONE ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 88 Conn. App. 270 (AC 24745), is denied.

*Patrick Tomasiewicz,* in support of the petition.

Decided May 17, 2005